IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PETER JOAQUIN FLORES,

        Plaintiff,                  No. 3:11-cv-3050-AC

    v.

MICHAEL J. ASTRUE,                ORDER
Commissioner of Social Security,

        Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation (#20) on June 12, 2012, in which he recommends that this Court affirm the Commissioner's decision denying plaintiff disability benefits.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v.

1 - ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [20]. Accordingly, the Commissioner's decision to deny plaintiff disability benefits is affirmed.

IT IS SO ORDERED.

DATED this 13 day of July, 2012.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER